IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALTER LEE WRIGHT,

Petitioner,

v.

JULIE L. JONES,
SECRETARY, FLORIDA
DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2162

Opinion filed January 6, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

Walter Lee Wright, pro se, for Petitioner.

Pamela Jo Bondi, Attorney General, and Carrie McNamara, Assistant Attorney
General, Tallahassee, for Respondent.

PER CURIAM.

        DENIED.

WOLF, THOMAS, and WETHERELL, JJ., CONCUR.